UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERESA M. STEINMAUS,

    Plaintiff,

v.                                               Case No. 2:07-cv-103
                                                HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Docket #15) is approved and adopted as the opinion of the Court.

2. The decision of the Commissioner is AFFIRMED and plaintiff's request for disability benefits is DENIED.

Dated: September 25, 2008                                   /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE